[No. 2119]

## STATE OF NEVADA, RESPONDENT, v. WELLS, FARGO & CO. (A CORPORATION), APPELLANT.

[See page 505]

Rehearing denied.

[NOTE—Writ of error to the Supreme Court of the United States.]

[No. 1942]

## ROUND MOUNTAIN MINING COMPANY (A CORPORATION), APPELLANT, v. ROUND MOUNTAIN SPHINX MINING COMPANY (A CORPORATION), RESPONDENT.

[36 Nev. 543, 645]

On the 30th day of April, 1914, a stipulation, signed by counsel for the respective parties, was filed, setting forth that "the above-entitled action, and all and singular the issues therein involved as between the above-named appellant and the above-named respondent, John F. Davidson, has been heretofore by compromise fully settled and discharged."

[No. 2050]

## JOHN W. LAWSON, RESPONDENT, v. HALIFAX-TONOPAH MINING COMPANY, APPELLANT.

[36 Nev. 591, 646]

Affirmed by the Supreme Court of the United States, December 13, 1915. (239 U. S. 632.)